COPY

ALFRED DOVBISH, ESQ. SBN 34958
98 Main Street, Ste. 216
Tiburon, CA 94920
Tel: (415) 924-0808
Fax: (415) 435-9969
email: AlDovbish@hotmail.com

Attorney for Plaintiff
SIMPLICITY INTERNATIONAL

FILED
2009 AUG 24 AM 11:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SIMPLICITY INTERNATIONAL, a Delaware corporation,

Plaintiff,

vs.

GENLABS CORPORATION, a corporation,

Defendant.

CASE NO. CV09-06146 SVW (RCx)

COMPLAINT FOR DAMAGES FOR:
1. BREACH OF CONTRACT;
2. BREACH OF IMPLIED WARRANTY;
3. NEGLIGENT INTERFERENCE WITH ECONOMIC ADVANTAGE;
4. BREACH OF FIDUCIARY DUTY

JURY TRIAL DEMANDED

Plaintiff SIMPLICITY INTERNATIONAL, through undersigned counsel, complains and alleges as follows:

**PARTIES, JURISDICTION & VENUE**

1. Plaintiff SIMPLICITY INTERNATIONAL ("SIMPLICITY") is, and at all relevant times has been a corporation headquartered in Longmont, Colorado.

2. Defendant GENLABS CORPORATION ("GENLABS") is a corporation headquartered in Chino, California.

3. The various aspects giving rise to the subject causes of action occurred geographically in this district and in

Colorado.

4. There is a diversity of citizenship by virtue of SIMPLICITY being a resident of Longmont, Colorado and GENLABS headquartered in Chino, California.

5. The damages claimed herein are in excess of the statutory minimum for Federal jurisdiction.

**FACTUAL BACKGROUND**

6. In about November, 2007 Jeff Wycoff ("WYCOFF"), CEO of SIMPLICITY, contacted Joyce Nicola ("NICOLA"), CFO of GENLABS, and verbally ordered for shipment to Wal-Mart Store, Inc. ("WAL-MART") as follows:

a. Fifty ounce liquid laundry detertent;

b. One hundred ounce liquid laundry detergent; and

c. Fabric softener.

7. NICOLA agreed to produce and ship said product to Wal-Mart as required with payment on each partial shipment within 45 days of invoicing to SIMPLICITY, and later reduced to payment within 30 day of invoicing.

8. WYCOFF, in dealing with GENLABS, on behalf of SIMPLICITY, relied in part on GENLABS website statements that represented:

"....full service chemical blending and packaging company.....a full service contract packager."

9. WYCOFF further relied on prior satisfactory business dealings with GENLABS.

10. GENLABS quickly went into production of the products for SIMPLICITY including delivery to WAL-MART, quite often in shipments of three thousand cases.

11. SIMPLICITY paid GENLABS over $3,000,000.00 but not before it was discovered at WAL-MART that a substantial amount of the product shipped by GENLABS had defective labeling.

12. The defective labeling was primarily characterized by a "bubbling" of the label making it unfit for sale.

13. Efforts to rectify the situation went unresolved with GENLABS denying responsibility.

14. As a result, SIMPLICITY was financially unable to market the products and WAL-MART refused to carry the defective products and terminating that relation with SIMPLICITY.

15. As a result of the failure of GENLABS to rectify the defective labeling SIMPLICITY has lost over $3,000,000.00 paid to GENLABS and lost WAL-MART as a worldwide retailer of its products.

**FIRST CAUSE OF ACTION**

**Breach of Contract**

16. SIMPLICITY realleges and incorporates by reference those allegations set forth in paragraphs 1 through 15, supra, as though fully set forth herein.

17. In doing the acts above GENLABS breached its contract with SIMPLICITY.

18. SIMPLICITY has performed all of its obligations under the contract.

19. As a proximate result of GENLABS' breach SIMPLICITY has suffered damages well in excess of $3,000,000.00, the exact and specific total will be designated on or before trial and include assessment of accrued interest.

**SECOND CAUSE OF ACTION**

**Breach of Implied warranty**

20. SIMPLICITY realleges and incorporates by reference those allegations set forth in paragraphs 1 through 19, supra, as though fully set forth herein.

21. GENLABS was a contractor with respect to goods of the kind which were produced for SIMPLICITY and delivered to WAL-MART, and there was in the sale to SIMPLICITY an implied warranty that those goods were merchantable.

22. However, GENLABS breached that warranty implied in its contract for the production and shipping of said goods for in fact they could not pass without objection by WAL-MART and SIMPLICITY as they were not adequately labeled and as a result thereof SIMPLICITY did not receive goods as impliedly warranted by GENLABS to be merchantable nor saleable in WAL-MART's retail outlets.

23. SIMPLICITY, primarily through WYCOFF, continuously notified GENLABS of said defects to which GENLABS denied fault or responsibility including, but not limited to, failure to comply with California Uniform Commercial Code Section 2314(2)(e).

24. SIMPLICITY has suffered damages well in excess of $3,000,000.00 which specific amount shall be determined prior to or during trial and including accrued interest.

25. SIMPLICITY has suffered damages for the loss of its marketing through WAL-MART in an amount yet to be determined.

**THIRD CAUSE OF ACTION**

**Negligent interference with economic advantage**

26. SIMPLICITY realleges and incorporates by reference those allegations set forth in paragraphs 1 through 25, supra, as though fully set forth herein.

27. At all times, and from its inception in November, 2007, GENLABS knew that its contract with SIMPLICITY was specifically for the sale of the products through the retail outlets of WAL-MART, the largest retailer in America, if not the world.

28. As a result of GENLABS's negligence, and the resultant inability of SIMPLICITY to market the products, WAL-MART notified SIMPLICITY it would no longer permit the sale of the products at any of their retail stores.

29. Therefore, SIMPLICITY is entitled to damages based upon projected sales of said products through WAL-MART in an amount to be determined at time of trial.

**FOURTH CAUSE OF ACTION**

**Breach of Fiduciary Duty**

30. SIMPLICITY realleges and incorporates by reference those allegations set forth in paragraphs 1 through 29, supra, as though fully set forth herein.

31. As a result if its contract GENLABS owed a fiduciary duty of workmanlike production, candor and responsibility to SIMPLICITY and breached its fiduciary duty by doing the acts set forth herein above.

32. As a proximate result of GENLABS's breach, SIMPLICITY has suffered damages in an amount in excess of $3,000,000.00, projected sales through WAL-MART and accrued interest in amounts to be specified at time of trial.

33. In doing the acts alleged herein an assessment of punitive damages against GENLABS is warranted in an amount appropriate to punish GENLABS and deter it from engaging in similar misconduct and evasion of responsibility for its negligence.

WHEREFORE, SIMPLICITY prays for the following relief:

**On the First Cause of Action**

A. Damages in excess of $3,000,00.00, a more specific amount to be determined at time of trial.

B. Interest at the legal rate from no later than November 1, 2007.

C. Attorney fees and costs.

**On the Second Cause of Action**

A. Damages in excess of $3,000,000.00 with a specific amount to be determined at time of trial.

B. Interest at the legal rate from no later than November 1, 2007.

C. Punitive damages.

D. Attorney fees and costs.

**On the Third Cause of Action**

A. Damages in excess of $3,000,000.00 with a specific amount to be determined at time of trial.

B. Interest at the legal rate from no later than November 1, 2007.

C. Punitive damages.

D. Attorney fees and costs.

**On the Fourth Cause of Action**

A. Damages in excess of $3,000,000.00 with a specific amount to be determined at time of trial.

B. Interest at the legal rate from no later than November 1, 2007.

C. Punitive damages.

D. Attorney fees and costs.

Dated: 8-24-09

ALFRED DOVBISH
Attorney for SIMPLICITY INTERNATIONAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

**CV09- 6146 SVW (RCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
ALFRED DOVBISH, ESQ. SBN34958
98 Main Street, Ste. 216
Tiburon, CA 94920

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SIMPLICITY INTERNATIONAL
a Delaware corporation,
PLAINTIFF(S)

v.

GENLABS CORPORATION,
a corporation

DEFENDANT(S).

CASE NUMBER

CV09-06146 SVW (RCx)

**SUMMONS**

TO: DEFENDANT(S): GENLABS. CORPORATION

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☒ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, ALFRED DOVBISH, whose address is 98 Main Street, Ste. 216, Tiburon, CA 94920. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG 24 2009

By: ____________
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| SIMPLICITY INTERNATIONAL<br>a Delaware corporation | GENLABS CORPORATION<br>a corporation |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>ALFRED DOVBISH, ESQ.<br>98 Main St. ste.216, Tiburon, CA 94920 (415) 924-0808 | Attorneys (If Known)<br>Unknown at this time |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No **☐ MONEY DEMANDED IN COMPLAINT: $** 3,000,000 plus

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of contract, implied warranty, economic advantage, fiduciary duty

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Act<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Info. Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☒ 195 Contract Product Liability<br>☐ 196 Franchise<br>**REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Fed. Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury-Med Malpractice<br>☐ 365 Personal Injury-Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus-Alien Detainee<br>☐ 465 Other Immigration Actions | ☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br>**BANKRUPTCY**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 445 American with Disabilities - Employment<br>☐ 446 American with Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus/Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>**FORFEITURE/PENALTY**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety /Health<br>☐ 690 Other | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV09-06146

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| [illegible] | Colorado |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): /s/ Alfred Dovbish **Date** 8/24/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |