FILED
CLERK U.S. DISTRICT COURT
JUL - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLICITY INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> GENLABS CORPORATION, <br><br> Defendant. <br><br> ──────────────────── <br><br> RELATED COUNTERCLAIM | CASE NO. CV09-06146 SVW (RCx) <br><br> **JUDGMENT ON GENLABS' COUNTERCLAIM** <br><br> Priority ___ <br> Send ___ <br> Enter ___ <br> Closed ___ <br> ~~JS-5~~/JS-6 _NO_ <br> JS-2/JS-3 ___ <br> Scan Only ___ |

The Counterclaim of GENLABS against SIMPLICITY PRODUCTS INTERNATIONAL, INC. dba SIMPLICITY INTERNATIONAL ("SIMPLICITY") was tried before a jury on May 19, 2010. On the basis of the jury's verdict filed in this action, the Court hereby renders JUDGMENT in favor of GENLABS and against SIMPLICITY in the amount of $438,151.91.

DATED: 7/8/10

_____
Stephen V. Wilson
United States District Judge