FILED
CLERK U.S. DISTRICT COURT

AUG 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLICITY INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> GENLABS CORPORATION, <br><br> Defendant. <br><br>—————————————— <br><br> RELATED COUNTERCLAIM | CASE NO. CV09-06146 SVW (RCx) <br><br> **JUDGMENT IN FAVOR OF GENLABS ON SIMPLICITY'S FIRST AMENDED COMPLAINT** |

As reflected in the Court's Civil Minutes dated August 18, 2011, the Court issued an order granting summary judgment to Genlabs (erroneously sued as Genlabs Corporation), with respect to the claims asserted by plaintiff Simplicity International against Genlabs. Therefore, the Court hereby renders JUDGMENT in favor of Genlabs and against Simplicity International.

DATED: AUG 31 2011

Stephen V. Wilson
United States District Judge