FILED
CLERK U.S. DISTRICT COURT

AUG 3 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SIMPLICITY INTERNATIONAL,

    Plaintiff,

    v.

GENLABS CORPORATION,

    Defendant.

RELATED COUNTERCLAIM

CASE NO.  CV09-06146 SVW (RCx)

**JUDGMENT AGAINST TRICORBRAUN INC.**

Genlabs (erroneously sued as Genlabs Corporation) filed a motion seeking judgment against Kranson Industries, Inc., which formerly did business as TricorBraun and is now known as TricorBraun Inc.  As reflected in the Court's Civil Minutes dated August 18, 2011, the Court granted Genlabs' motion. Therefore, the Court hereby renders JUDGMENT in favor of Genlabs and against Tricorbraun Inc. in the amount of $50,000.00.

DATED: _____8/30/11_____

_____

Stephen V. Wilson
United States District Judge